```
FILED
2018 JUN 13 PM 4:41
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
```

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

JGZ(JR)

CR18-1141TUC

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>   vs.<br><br>Gardenia Marlene Rincon-Avilez,<br>Counts 1, 2, 3, 12, 15, 18<br><br>Azucena Rincon-Avilez,<br>Counts 1, 2<br><br>Nicholas Brasseur,<br>Counts 2, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 16, 17<br><br>           Defendants. | I N D I C T M E N T<br><br>Violations:<br><br>18 U.S.C. § 371<br>(Conspiracy)<br>Count 2<br><br>18 U.S.C. § 554(a)<br>(Smuggling Goods from United States)<br>Count 1<br><br>18 U.S.C. §§ 922(b)(5) and 924(a)(1)(D)<br>(Failure to Keep Records by Federal Firearms Dealer)<br>Counts 4, 6, 8, 10, 13, 16<br><br>18 U.S.C. §§ 922(t) and 924(a)(5)<br>(Failure to Conduct Background Check by Federal Firearms Dealer)<br>Counts 5, 7, 9, 11, 14, 17<br><br>18 U.S.C. § 1956(a)(2)(A)<br>(Money Laundering)<br>Count 3<br><br>22 U.S.C. § 2778(b)(1)(A)(ii) and (c)<br>(Export of Arms and Munitions)<br>Counts 2, 12, 15, 18<br><br>18 U.S.C. §§ 924(d), 981(a)(1)(c), and 28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about October 2017 to May 2018, at or near Nogales, Tucson, Phoenix, and elsewhere within the District of Arizona, GARDENIA MARLENE RINCON-AVILEZ and AZUCENA RINCON-AVILEZ knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: 103 New Frontier models LW-4 and LW-15 AR-15 type 5.56 caliber rifles; one FN Herstal model M249S belt-fed 5.56 caliber rifle; one Izhmash model Saiga 7.62x39mm caliber rifle; one Glock model 19 9mm pistol; and one FN Herstal model Scar-17S .308 caliber rifle; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## COUNT 2

From on or about February 2018 to on or about April 2018, at or near Nogales, Tucson, Phoenix, and elsewhere within the District of Arizona, GARDENIA MARLENE RINCON-AVILEZ, AZUCENA RINCON-AVILEZ, and NICHOLAS BRASSEUR did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: knowingly and willfully engaging in brokering activities to facilitate the export of defense articles as defined in Title 22, United States Code, Section 2778(b)(1)(A)(ii)(I) and (II); in violation of Title 22, United States Code, Section 2778(c).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to facilitate the unlawful export of defense articles from the United States into the Republic of Mexico by engaging in brokering

activities including the financing, transportation, and taking of other actions to facilitate the unlawful export of defense articles. The defense articles intended for unlawful export in this manner included 103 New Frontier models LW-4 and LW-15 AR-15 type lower receivers, and one FN Herstal model M249S belt-fed 5.56 caliber rifle.

### The Means and Methods of the Conspiracy

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants and/or co-conspirators would purchase firearms from other defendants, co-conspirators, or other individuals, in the District of Arizona.

It was a further part of the conspiracy that the defendants and/or co-conspirators who purchased the firearms made the purchases on behalf of other co-conspirators.

It was a further part of the conspiracy that co-conspirators would provide the funds and directions to the purchasing defendants and/or co-conspirators to purchase each of the firearms involved in the conspiracy.

It was a further part of the conspiracy that certain defendants and/or co-conspirators who sold the firearms to the purchasing defendants and/or co-conspirators would acquire the firearms at the request of the purchasing defendants and/or co-conspirators.

It was further part of the conspiracy that, within the District of Arizona and elsewhere, certain defendants and/or co-conspirators transported the firearms after they were purchased and provided such firearms to other co-conspirators.

It was a further part of the conspiracy that all of the acts of acquiring, obtaining, selling, purchasing, and transporting the firearms involved in the conspiracy were undertaken by all of the defendants and co-conspirators with the knowledge and intent that the firearms involved in the conspiracy would be illegally exported from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

Beginning on a date unknown in or before February 2018, GARDENIA MARLENE RINCON-AVILEZ contacted NICHOLAS BRASSEUR, a federally licensed firearms dealer doing business in Phoenix, Arizona. GARDENIA MARLENE RINCON-AVILEZ contacted NICHOLAS BRASSEUR for the purpose of purchasing and obtaining multiple firearms which were intended to be unlawfully exported from the United States into the Republic of Mexico.

On several dates in February and March 2018, GARDENIA MARLENE RINCON-AVILEZ and AZUCENA RINCON-AVILEZ personally purchased firearms from NICHOLAS BRASSEUR. Using his federal firearms license, NICHOLAS BRASSEUR purchased and obtained particular firearms at the request of GARDENIA MARLENE RINCON-AVILEZ and AZUCENA RINCON-AVILEZ, and sold and transferred such firearms to GARDENIA MARLENE RINCON-AVILEZ and AZUCENA RINCON-AVILEZ. GARDENIA MARLENE RINCON-AVILEZ, AZUCENA RINCON-AVILEZ, and NICHOLAS BRASSEUR knew these firearms were intended to be unlawfully exported into Mexico.

On February 7, 2018, NICHOLAS BRASSEUR sold nine New Frontier model LW-15 AR-15 type lower receivers to AZUCENA RINCON-AVILEZ, who purchased the firearms for the purpose of unlawful export into Mexico.

On February 12, 2018, NICHOLAS BRASSEUR sold 20 New Frontier model LW-15 AR-15 type lower receivers to AZUCENA RINCON-AVILEZ, who purchased the firearms for the purpose of unlawful export into Mexico.

On March 2, 2018, NICHOLAS BRASSEUR sold 24 New Frontier model LW-15 AR-15 type lower receivers to AZUCENA RINCON-AVILEZ, who purchased the firearms for the purpose of unlawful export into Mexico.

1    On March 7, 2018, NICHOLAS BRASSEUR sold 25 New Frontier models LW-4 and LW-15 AR-15 type lower receivers to GARDENIA MARLENE RINCON-AVILEZ, who purchased the firearms for the purpose of unlawful export into Mexico.

On March 22, 2018, NICHOLAS BRASSEUR sold 25 New Frontier models LW-4 and LW-15 AR-15 type lower receivers to GARDENIA MARLENE RINCON-AVILEZ, who purchased the firearms for the purpose of unlawful export into Mexico.

On March 28, 2018, NICHOLAS BRASSEUR purchased and obtained one FN Herstal model M249S belt-fed 5.56 caliber rifle at the request of GARDENIA MARLENE RINCON-AVILEZ. NICHOLAS BRASSEUR then sold and transferred this firearm to GARDENIA MARLENE RINCON-AVILEZ, who purchased the firearm for the purpose of unlawful export into Mexico.

All in violation of 18 U.S.C. Section 371.

## COUNT 3

From on or about February 2018 to on or about April 2018, within the District of Arizona, and elsewhere, GARDENIA MARLENE RINCON-AVILEZ did knowingly and willfully transmit or transfer a monetary instrument or funds to a place in the United States from or through a place outside the United States, that is: the Republic of Mexico; with the intent to promote the carrying on of a specified unlawful activity, that is: export control violations involving an item controlled on the United States Munitions List established under Section 38 of the Arms Export Control Act. Specifically, GARDENIA MARLENE RINCON-AVILEZ transported bulk U.S. Currency into the United States from the Republic of Mexico through Nogales, Arizona, with the knowledge and intent that these funds were to be used to engage in monetary transactions affecting interstate and foreign commerce, that is: the procurement of firearms, specifically, 50 New Frontier models LW-4 and LW-15 AR-15 type 5.56 caliber rifles, and one FN Herstal model M249S belt-fed 5.56 caliber rifle; that were to be illegally exported into the Republic of Mexico. GARDENIA MARLENE RINCON-AVILEZ knew that the funds were intended to promote the carrying on of specified unlawful activity, that is: Exportation of Firearms and

1  Munitions, contrary to law and regulation of the United States, that is: Title 22, United
2  States Code, Sections 2778(a), 2778(b) and 2778(c) and 22 C.F.R. Sections 121.1, 123.1,
3  123.17, and 127.1. The transfers of monetary instruments and funds from the country of
4  Mexico to the United States involved the amount of $33,500.00; all in violation of Title
5  18, United States Code, Section 1956(a)(2)(A).

## COUNT 4

On or about February 7, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to Azucena Rincon-Avilez, firearms, that is: nine New Frontier model LW-15 AR-15 type lower receivers, without noting in the records required to be kept by NICHOLAS BRASSEUR by law pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence of said purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

## COUNT 5

On or about February 7, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and transfer firearms, that is: nine New Frontier model LW-15 AR-15 type lower receivers; to Azucena Rincon-Avilez without contacting the national instant criminal background check system established under section 103(d) of the Brady Handgun Violence Prevention Act, prior to the completion of the transfer of the firearms to said purchaser; in violation of Title 18, United States Code, Sections 922(t)(1)(A) and 924(a)(5).

## COUNT 6

On or about February 12, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to Azucena Rincon-Avilez, firearms, that is: 20 New Frontier model LW-15 AR-15 type lower receivers,

1  without noting in the records required to be kept by NICHOLAS BRASSEUR by law
2  pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence
3  of said purchaser of the firearms, in violation of Title 18, United States Code, Sections
4  922(b)(5) and 924(a)(1)(D).

## COUNT 7

On or about February 12, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and transfer firearms, that is: 20 New Frontier model LW-15 AR-15 type lower receivers; to Azucena Rincon-Avilez without contacting the national instant criminal background check system established under section 103(d) of the Brady Handgun Violence Prevention Act, prior to the completion of the transfer of the firearms to said purchaser; in violation of Title 18, United States Code, Sections 922(t)(1)(A) and 924(a)(5).

## COUNT 8

On or about March 2, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to Azucena Rincon-Avilez, firearms, that is: 24 New Frontier model LW-15 AR-15 type lower receivers, without noting in the records required to be kept by NICHOLAS BRASSEUR by law pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence of said purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

## COUNT 9

On or about March 2, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and transfer firearms, that is: 24 New Frontier model LW-15 AR-15 type lower receivers; to Azucena Rincon-Avilez without contacting the national instant criminal background check system established

under section 103(d) of the Brady Handgun Violence Prevention Act, prior to the completion of the transfer of the firearms to said purchaser; in violation of Title 18, United States Code, Sections 922(t)(1)(A) and 924(a)(5).

### COUNT 10

On or about March 7, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to Gardenia Marlene Rincon-Avilez, firearms, that is: 25 New Frontier models LW-4 and LW-15 AR-15 type lower receivers, without noting in the records required to be kept by NICHOLAS BRASSEUR by law pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence of said purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

### COUNT 11

On or about March 7, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and transfer firearms, that is: 25 New Frontier models LW-4 and LW-15 AR-15 type lower receivers; to Gardenia Marlene Rincon-Avilez without contacting the national instant criminal background check system established under section 103(d) of the Brady Handgun Violence Prevention Act, prior to the completion of the transfer of the firearms to said purchaser; in violation of Title 18, United States Code, Sections 922(t)(1)(A) and 924(a)(5).

### COUNT 12

On or around March 7, 2018, at or near Nogales, Tucson, Phoenix, and elsewhere within the District of Arizona, GARDENIA MARLENE RINCON-AVILEZ did knowingly and willfully engage in brokering activities, specifically the financing, transportation, and taking of any other action that facilitates the illegal export of defense articles, as defined in Title 22, United States Code, Section 2778(b)(1)(A)(ii)(I) and (II), that is: procuring and transporting 25 New Frontier models LW-4 and LW-15 AR-15 type

lower receivers, which are designated as defense articles on the United States Munitions List. with the intent to facilitate the illegal export of the defense articles from the United States to the Republic of Mexico, without having first obtained from the Department of State a license or written authorization for such export; in violation of Title 22, United States Code, Section 2778(c).

## COUNT 13

On or about March 22, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to Gardenia Marlene Rincon-Avilez, firearms, that is: 25 New Frontier models LW-4 and LW-15 AR-15 type lower receivers, without noting in the records required to be kept by NICHOLAS BRASSEUR by law pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence of said purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

## COUNT 14

On or about March 22, 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and transfer firearms, that is: 25 New Frontier models LW-4 and LW-15 AR-15 type lower receivers; to Gardenia Marlene Rincon-Avilez without contacting the national instant criminal background check system established under section 103(d) of the Brady Handgun Violence Prevention Act, prior to the completion of the transfer of the firearms to said purchaser; in violation of Title 18, United States Code, Sections 922(t)(1)(A) and 924(a)(5).

## COUNT 15

On or around March 22, 2018, at or near Nogales, Tucson, Phoenix, and elsewhere within the District of Arizona, GARDENIA MARLENE RINCON-AVILEZ did knowingly and willfully engage in brokering activities, specifically the financing, transportation, and taking of any other action that facilitates the illegal export of defense

articles, as defined in Title 22, United States Code, Section 2778(b)(1)(A)(ii)(I) and (II), that is: procuring and transporting 25 New Frontier models LW-4 and LW-15 AR-15 type lower receivers, which are designated as defense articles on the United States Munitions List. with the intent to facilitate the illegal export of the defense articles from the United States to the Republic of Mexico, without having first obtained from the Department of State a license or written authorization for such export; in violation of Title 22, United States Code, Section 2778(c).

**COUNT 16**

Between or about March 28, 2018, and April 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to Gardenia Marlene Rincon-Avilez, a firearm, that is: one FN Herstal model M249S belt-fed 5.56 caliber rifle, without noting in the records required to be kept by NICHOLAS BRASSEUR by law pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence of said purchaser of the firearm, in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

**COUNT 17**

Between or about March 28, 2018, and April 2018, at or near Phoenix, in the District of Arizona NICHOLAS BRASSEUR, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and transfer a firearm, that is: one FN Herstal model M249S belt-fed 5.56 caliber rifle; to Gardenia Marlene Rincon-Avilez without contacting the national instant criminal background check system established under section 103(d) of the Brady Handgun Violence Prevention Act, prior to the completion of the transfer of the firearms to said purchaser; in violation of Title 18, United States Code, Sections 922(t)(1)(A) and 924(a)(5).

**COUNT 18**

Between or about March 28, 2018, and April 2018, at or near Nogales, Tucson, Phoenix, and elsewhere within the District of Arizona, GARDENIA MARLENE

RINCON-AVILEZ did knowingly and willfully engage in brokering activities, specifically the financing, transportation, and taking of any other action that facilitates the illegal export of a defense article, as defined in Title 22, United States Code, Section 2778(b)(1)(A)(ii)(I) and (II), that is: procuring and transporting one FN Herstal model M249S belt-fed 5.56 caliber rifle, which is designated as a defense article on the United States Munitions List. with the intent to facilitate the illegal export of the defense article from the United States to the Republic of Mexico, without having first obtained from the Department of State a license or written authorization for such export; in violation of Title 22, United States Code, Section 2778(c).

## FORFEITURE ALLEGATION

Upon conviction of Counts One, Two, Twelve, Fifteen, and Eighteen, of the Indictment, the defendants, GARDENIA MARLENE RINCON-AVILEZ, AZUCENA RINCON-AVILEZ, and NICHOLAS BRASSEUR, shall forfeit to the United States:

1) pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 22, United States Code, Section 2778; and

2) pursuant to Title 22, United States Code, Section 401 and Title 28, United States Code, Section 2461(c), any arms or munitions of war or other articles in violation of law which were exported, or intended to be exported, out of the United States in violation of Title 22, United States Code, Section 2778, including but not limited to: 103 New Frontier models LW-4 and LW-15 AR-15 type lower receivers, and one FN Herstal model M249S belt-fed 5.56 caliber rifle.

Upon conviction of Count Three of the Indictment, the defendants, GARDENIA MARLENE RINCON-AVILEZ, AZUCENA RINCON-AVILEZ, and NICHOLAS BRASSEUR, shall forfeit to the United States a sum of money equal to the amount of proceeds obtained as a result of the offenses, which represents the proceeds of a specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A), and

is, therefore, forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of Counts One and Four through Seventeen, the defendants, GARDENIA MARLENE RINCON-AVILEZ, AZUCENA RINCON-AVILEZ, and NICHOLAS BRASSEUR, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including but not limited to: 103 New Frontier models LW-4 and LW-15 AR-15 type 5.56 caliber rifles; one FN Herstal model M249S belt-fed 5.56 caliber rifle; one Izhmash model Saiga 7.62x39mm caliber rifle; one Glock model 19 9mm pistol; and one FN Herstal model Scar-17S .308 caliber rifle.

If any of the property described in the forfeiture allegation, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

///

All pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(C), Title 22, United States Code, Section 401, Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal.

A TRUE BILL

/s/
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/
Assistant United States Attorney

Dated: June 13, 2018

REDACTED FOR
PUBLIC DISCLOSURE